UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-21967-KMW

EMILIO PINERO,

                Plaintiff,

v.

HAVANA HARRY'S, INC. and
RTA ASSOCIATES CORP.,

                Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

       Plaintiff, by and through undersigned counsel, hereby dismisses this matter *with prejudice* against all Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated this July 19, 2018

LAUREN N. WASSENBERG, ESQ
*Attorney for Plaintiff*
1825 NW Corporate Blvd, Suite 110
Boca Raton, FL 33431
Phone: 561-571-0646
Fax: 561-571-0647
Email: WassenbergL@gmail.com

By: s/   Lauren N. Wassenberg\_\_\_\_
       Lauren N. Wassenberg, Esq.
       Florida Bar No. 34083

**[THIS SPACE LEFT BLANK INTENTIONALLY]**

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 19th day of July 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          By: s/ Lauren Wassenberg
          Lauren Wassenberg, Esq.
          Florida Bar No.: 34083