UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-cv-21967-WILLIAMS

EMILIO PINERO,

    Plaintiff,

vs.

HAVANA HARRY'S INC., *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiff's notice of voluntary dismissal. (DE 7). Upon review of the notice and the record, the Court **ORDERS AND ADJUDGES** that this action is **DISMISSED**. All deadlines and hearings are **CANCELED**. All pending motions are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this ___ day of July, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE